**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Ben.Nisenbaum@johnburrislaw.com
Email: James.Cook@johnburrislaw.com

Attorneys for Plaintiff,
MAXINE JOHNSON, an individual,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

MAXINE JOHNSON,

    Plaintiff,

v.

COUNTY OF ALAMEDA, et al.,

    Defendants.

Case No. 3:23-cv-04069-CRB

**STATUS UPDATE AND STIPULATION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT** : ORDER

The parties respectfully submit the following status report and stipulation for leave for Plaintiff to file a Third Amended Complaint.

Whereas, bankruptcy proceedings associated with Wellpath Holdings, Inc. and related debtors continue under the jurisdiction of the United States Bankruptcy Court ("Bankruptcy Court"), the Bankruptcy Court has now provided guidance to litigants who purport to have unliquidated claims pending in United States District Court against debtor Wellpath Holdings, Inc. and/or any of its related debtor entities.

Whereas, the Bankruptcy Court determined on January 26, 2026 that Wellpath Management Inc. cannot be named as a defendant in tort proceedings. (*See Exhibit A*).

Whereas, the Bankruptcy Court determined that the Wellpath Liquidating Trust can be named as a nominal defendant in place of Wellpath Management Inc.

Whereas, Plaintiff's operative Second Amended Complaint currently asserts causes against Wellpath Management Inc., and fails to name the Wellpath Liquidating Trust as a nominal defendant.

Whereas, Plaintiff's operative second amended complaint erroneously stated that Wellpath Management Inc. was previously named California Forensic Medical Group (hereinafter "CFMG"). CFMG is a separate organization from Wellpath Management Inc, and should be named as a separate defendant in this action. Further, CFMG is not affected by the bankruptcy ruling against Wellpath Management Inc., and is not a debtor in the bankruptcy action.

As such, the parties stipulate and respectfully request that the Plaintiff have leave to file a Third Amended Complaint to remove Wellpath Management Inc. as a defendant, and to properly name CFMG as a defendant, and the Wellpath Liquidating Trust as a nominal defendant in this matter.

March 20, 2026                    **BURRIS NISENBAUM CURRY AND LACY, LLP**

/s/ *James Cook*
John L. Burris
Benjamin Nisenbaum
James Cook
Attorneys for Plaintiff

Dated: March 20, 2026            BURKE, WILLIAMS & SORENSEN, LLP

By:/s/ *Christopher E. Brumfiel*
Gregory B. Thomas
Christopher E. Brumfiel
Attorneys for Defendant

COUNTY OF ALAMEDA

Dated: March 20, 2026             GORDON REES SCULLY MANSUKHANI, LLP


By: */s/ Kendra Stark*
Kendra Stark
Austin R. Kessler
Lindsey M. Romano
*Attorneys for Defendants*
*Wellpath Management, Inc.,*
*Nekki Nacis, M. Bankhead, Neena*
*Thomas, Amalia Loyola, Sumeet*
*Chagger, Paulyne Calaciao,*


**[PROPOSED] ORDER**

Good cause appearing, it is hereby ordered: Plaintiff has thirty days from the date of this

order to file a Third Amended Complaint in this matter.

IT IS SO ORDERED.


DATED: ___March 23, 2026___            _____

Honorable Charles R. Breyer
United States Senior District Judge