Lindsey M. Romano (SBN: 337600)
Kendra N. Stark (SBN: 363663)
Austin R. Kessler (*PRO HAC VICE*)
Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile: (415) 986-8054
Email: lromano@grsm.com
Email: kstark@grsm.com
Email: akessler@grsm.com

***Attorneys for Defendants***
***CALIFORNIA FORENSIC MEDICAL GROUP, NEKKI NACIS, M. BANKHEAD, NEENA THOMAS, AMALIA LOYOLA, SUMEET CHAGGER, PAULYNE CALACIAO, VARINDER KAUR***

GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 9411

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAXINE JOHNSON, an individual,

Plaintiffs,

V

COUNTY OF ALAMEDA, a municipal corporation; CODY MONIZ, individually, and in his official capacity as deputy for the County of Alameda; ANTHONY TRABUCCO, individually, and in his official capacity as a deputy for the County of Alameda; STEVEN HAMILTON, individually, and in his official capacity as a deputy for the County of Alameda; RICHARD FERRANTE, individually, and in his official capacity as a deputy for the County of Alameda; JASON DUONG, individually, and in his official capacity as a deputy for the County of Alameda; MOORE RHODES, individually, and in his official capacity as a deputy for the County of Alameda; DAVANTE MAYNARD, individually, and in his official capacity as a deputy for the County of Alameda; RANDY FERNANDEZ, individually, and in his official capacity as a deputy for the County of Alameda; CALIFORNIA FORENSIC MEDICAL GROUP; a privately held corporation; CFMG Nurse NEKKI NACIS, individually; CFMG Nurse M. BANKHEAD, individually; CFMG Nurse NEENA THOMAS,

CASE NO. 3:23-CV-04069-CRB

**STIPULATION TO ENLARGE TIME FOR CFMG DEFENDANTS TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT** : ORDER

individually; CFMG Nurse AMALIA LOYOLA, individually; CFMG Nurse SUMEET CHAGGER, individually; CFMG Nurse PAULYNE CALACIAO, individually; CFMG Nurse VARINDER KAUR; WELLPATH LIQUIDATING TRUST, nominally; and DOES 1-50 inclusive, jointly, and severally,

Defendants.

GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 9411

Plaintiff Maxine Johnson ("Plaintiff"), Defendants California Forensic Medical Group ("CFMG"), Nekki Nacis, M. Bankhead, Nenna Thomas, Amalia Loyola, Sumeet Chagger, Paulyne Calaciao, and Varinder Kaur (collectively "CFMG Defendants"), County of Alameda, Cody Moniz, Anthony Trabucco, Steven Hamilton, Richard Ferrante, Jason Duong, Moore Rhodes, Davante Maynard, and Randy Fernandez (collectively "County Defendants"), by and through the undersigned counsel and pursuant to Local Rule 6.1 and file this Stipulation for Extension of Time to allow CFMG, Nekki Nacis, M. Bankhead, Neena Thomas, Amalia Loyola, Sumeet Chagger, and Varinder Kaur to Answer or otherwise respond to the Third Amended Complaint ("TAC").

1. The Third Amended Complaint was filed on March 24, 2026.

2. On March 31, 2026, summons was issued to the CFMG Defendants.

3. On July 14, 2026, Counsel for CFMG, Nekki Nacis, M. Bankhead, Neena Thomas, Amalia Loyola, Sumeet Chagger, and Varinder Kaur accepted service of the TAC.

4. Paulyne Calaciao has not been served with the TAC.

5. The current deadline for the Defendants identified in the section above to answer or otherwise respond to the TAC is August 17, 2026.

6. CFMG Defendants require additional time to complete their investigations to prepare their Answer or otherwise respond to the TAC.

7. The parties hereby stipulate that CFMG, Nekki Nacis, M. Bankhead, Neena

Thomas, Amalia Loyola, Sumeet Chagger, and Varinder Kaur shall have until September 7, 2026 to Answer or otherwise respond to Plaintiff's TAC.

IT IS SO STIPULATED AND AGREED.

Dated: August 14, 2026

By: */s/Austin R. Kessler*
Kendra N. Stark
Austin R. Kessler (pro hac vice)
Lindsey M. Romano
***Attorneys for Defendants California Forensic Medical Group, Nekki Nacis, M. Bankhead, Neena Thomas, Amalia Loyola, Sumeet Chagger, Paulyne Calaciao, and Varinder Kaur***

By: */s/James Cook*
John L. Burris
Benjamin Nisenbaum
James Cook
***Attorneys for Plaintiff***

By: */s/Christopher Brumfiel*
Gregory B. Thomas
Christopher Brumfiel
***Attorneys for Defendants County of Alameda, Cody Moniz, Anthony Trabucco, Steven Hamilton, Richard Ferrante, Jason Duong, Moore Rhodes, Davante Maynard, and Randy Fernandez***

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all counsel to show their signature on this document as /s/.

Dated: August 14, 2026

By: /s/Austin R. Kessler

**[~~PROPOSED~~ ORDER]**

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the Parties' stipulation is hereby APPROVED.

IT IS HEREBY ORDERED that CFMG, Nekki Nacis, M. Bankhead, Neena Thomas, Amalia Loyola, Sumeet Chagger, and Varinder Kaur shall have until September 7, 2026 to Answer or otherwise respond to Plaintiff's TAC.

DATED: August 14, 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 9411